In the matter of
Francis Desforges

filed 13 october 1808.

Inquisition indented taken in the Supreme Court of the Territory of Michigan, in open court, on Thursday the thirteenth day of October, one thousand eight hundred eight, in the matter of Francis Des Forges.

We of the jury upon our oaths do say that Francis Des Forges is at this time restored to his senses, and is a person of sound mind.

In witness whereof we have hereunto set our hands and seals the day and year first above mentioned.

| JAMES MAY | (L. S.) | ABR W GEEL | (L. S.) |
| CONRAD TEN EYCK | (L. S.) | JAMES ANDERSON | (L. S.) |
| ROBERT SMART | (L. S.) | JN^O BURNETT | (L. S.) |
| JOHN DODEMEAD | (L. S.) | ABRAHAM COOK | (L. S.) |
| JOSEPH VOYER | (L. S.) | ALBERT HILL | (L. S.) |
| D ROBISON | (L. S.) | CONRAD SEEK | (L. S.) |

Attest,
    W^M SCOTT   (L. S.)
       Marshall

[In the handwriting of Augustus B. Woodward]